# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location:
**NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION**

## OFFENSE CHARGED

Count One: 18 U.S.C. § 371 – Conspiracy to Commit Bribery;
Count Two: 18 U.S.C. § 666(a)(2) Bribery Concerning Programs Receiving Federal Funds;
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

☐ Petty   ☐ Minor   ☐ Misdemeanor   ☒ Felony

PENALTY: Count One: 5 Years Imprisonment, $250,000 Fine, 3 Years Supervised Release, $100 Special Assessment, Forfeiture.
Count Two: 10 Years Imprisonment, $250,000 Fine, 3 Years Supervised Release, $100 Special Assessment.

## DEFENDANT - U.S

**KEN HONG WONG**

DISTRICT COURT NUMBER: 3:23-cr-00162 WHA

FILED — Jun 05 2023 — Mark B. Busby, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any): **FBI**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: **THOMAS A. COLTHURST**
☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): **AUSA DAVID J. WARD**

## DEFENDANT

### IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY
4) ☐ On this charge
5) ☒ On another conviction    ☒ Federal   ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed: _____

DATE OF ARREST ▶ Month/Day/Year: _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year: _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:   ☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments: