THOMAS A. COLTHURST (CABN 99493)
Attorney for the United States

KATHERINE WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7200
     FAX: (415) 436-7230
     david.ward@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MOHAMMED NURU,<br><br>    Defendant. | NO. CR 21-00490 WHO<br>[FILED JANUARY 15, 2020]<br><br>NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KEN HONG WONG,<br><br>    Defendant. | NO. CR 23-00162 WHA<br>[FILED JUNE 5, 2023]<br><br>NOTICE OF RELATED CASE IN A CRIMINAL ACTION |

       The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court

that the two above-captioned criminal cases are related. Defendant Ken Hong Wong is charged by

Information with participating in a bribery conspiracy with Mohammed Nuru. In his plea agreement,

Nuru admitted to accepting bribes from Wong, identified in the Nuru plea agreement as Former

Government Employee 1. *See Dkt. 96* (Plea Agreement, United States v. Mohammed Nuru, CR 21-

NOTICE OF RELATED CASES
U.S. v. NURU; U.S. v. WONG

1   00490 WHO).

2          Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because

3   they involve the same events and occurrences.  Furthermore, the cases are related within the meaning of

4   Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial

5   duplication of labor by the two judges.

6          Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment

7   of these cases to a single judge is likely to conserve judicial resources and promote an efficient

8   determination of each action.

9

10  DATED: June 20, 2023                                    Respectfully submitted,

11                                                          THOMAS A. COLTHURST
                                                            Attorney for the United States
12

13                                                          _____/s/_____
                                                            DAVID J. WARD
14                                                          Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF RELATED CASES
U.S. v. NURU; U.S. v. WONG