1  STEVEN F. GRUEL (CSBN 213148)
2  315 Montgomery Street, 10th Floor
   San Francisco, California 94104
3  Telephone Number (415) 533-6973
   attystevengruel@sbcglobal.net
4  www.gruellaw.com

5  Attorney for Defendant KEN HONG WONG

6

7

8                IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FTANCISCO VENUE

11

12  UNITED STATES OF AMERICA,          Case No. CR-23-0162-WHO

13                                     **DECLARATION OF**
           Plaintiff,                  **STEVEN F. GRUEL**
14

15  v.

16  KEN HONG WONG,

17         Defendant.

18

19            <u>**DECLARATION OF STEVEN F. GRUEL**</u>

20      I, Steven F. Gruel, under penalty of perjury, declare and state as follows:

21    1.  I am an attorney in good standing with the California State Bar.  I represent defendant

22  Ken Hong Wong in this case.

23    2.  I served as an Assistant United States Attorney in the Northern District of California from

24  1989 to 2005.  As a federal prosecutor I was involved in countless investigations with state and

25  federal law enforcement which utilized the cooperation, information and participation of

26  confidential informants.

27

28    3.  Ken Wong was first approached by the investigating officers in this case on October 21,

Declaration of Steven F. Gruel
*United States v. Wong;*
Case No. CR-23-0162-WHO

1

2020. It is my understanding that Ken Wong immediately admitted the actions in acting as the

conduit of bribe money from someone seeking a job from Mohammed Nuru at the PDW. Ken

Wong also agreed to cooperate with the FBI in this investigation. When Ken Wong later

asked me to represent him in this matter, I instructed him to keep a log of the days he would

meet with or be contacted by the FBI agents. It is my understanding that Ken Wong had

approximately 70 meetings with the FBI agents regarding this case and other FBI

investigations or matters of interest.

4.  I learned that Ken Wong voluntary performs as a singer with a group that provides

concerts for charitable events raising money for Children's Hospital and other worthy causes.

Some recent charitable concerts were:

a) on 09-04-2021 - Ken Wong helped raise funds for the Children's Hospital Cancer Center,

Seattle;

b) on 09-10-2021 | Ken Wing helped raise funds for the UCSF Children's Hospital Cancer

Center;

c) 01-29-2023 | Ken Wong helped raised $17,000.00 to help fund the Chinese Hospital Patient

Service

d) 03-03-2023 | Ken Wong helped raise $28,000.00 in Vancouver, Canada to help fund for the

Children's Hospital Cancer Center

e) 03-05-2022 | Raised $20,000.00 to help the Oakland Police Dept. Safety Program

f) 05-05-2023 | Raised funds for the Children's Hospital Cancer Center in Calgary, Canada

g) 05-06-2023 | Raised funds for the Children's Hospital Cancer Center in Edmonton, Canada

h) more concerts are scheduled for December 23, 2023 in San Jose; February 10, 2024 in

Fremont and March 8, 2024 in Fremont.

Declaration of Steven F. Gruel
*United States v. Wong;*
Case No. CR-23-0162-WHO

4.   Attached hereto as Exhibit A is a true and correct copy of Ken Wong's letter to the Court pertaining to this matter.

5.   Attached hereto as Exhibit B is a true and correct copy of Kingman K. Wong's letter to the Court regarding Ken Wong.  Kingman Wong is a retired FBI Special Agent who served in San Francisco where he conducted investigations into Asian Organized Crime. Mr. Wong is a highly accomplished FBI Special Agent who was also The Special Agent in Charge in New York City, and was assigned to the FBI Headquarter in Washington, D.C.  The first assignment he was the unit chief for the Asian and African Criminal Enterprise Unit, overseeing the FBI's investigations against Asian and African organized crime groups in the United States. The second time Mr. Wong was the FBI HQ Section Chief for the International Operations Division, overseeing all of the FBI's Legal Attache offices throughout the world.  Kingman Wong has also been an instructor at the FBI Training Facility at Quantico, Virginia as well as working as a part-time professor at Georgetown University.

        Also attached is a true and correct copy of FBI Director Louis J. Freeh's Certificate of Recognition to Ken Wong for his outstanding assistance to the FBI in the investigative work described in Kingmon Wong's letter.

6.   Attached as Exhibit C is a true and correct copies of numerous certificates for recognizing Ken Wong's extensive volunteer work for numerous charities.  A letter by Mona P.P. Louey is submitted describing Ken Wong's numerous performances at charity concerts raising money for cancer research for UCSF Children Cancer Center, several Children's Hospitals and for the Oakland Police Department's Community Policing Division. Included in Exhibit C are also

numerous Certificates of Recognition and Appreciation by California State Treasurer and the American Red Cross for Ken Wong's volunteer work for the community.

7.   Attached hereto as Exhibit D is a true and correct copies of numerous letters submitted by friends and family in support of Ken Wong.  Fiona Ma, as a private citizen, offers her letter of support for Ken Wong. Ken's wife, sons, and other community members submit letters for the Court's consideration supporting Kew Wong at sentencing.

8.   Attached as Exhibit E are true and correct copies of numerous awards received over his career as a California State Parole Officer.  These awards include a Medal Of Valor, Award of Distinction, The Distinguished Service Award, American Police Hall of Fame, and the John Edgar Hoover Memorial Gold Medal Distinguished Public Service. Also included in Exhibit E are copies of awards for his law enforcement work as recognized by former San Francisco District Attorney Kamala Harris and by undersigned counsel as a Assistant United States Attorney for Ken Wong's work in large investigations and prosecutions against human trafficking.

9.   Attached as Exhibit F are true and correct copies of other law enforcement awards and certificates of recognition for Ken Wong's success and dedication as a California State Parole Officer.

10. Attached as Exhibit G are true and correct copies of numerous Certificates of Honor from former San Francisco Mayors Willie Brown, Gavin Newson and Edwin Lee from 2001 to 2013.

11.   Attached as Exhibit H are true and correct copies of Congresswoman Nancy Pelosi's *Certificate of Special Congressional Recognition*, former Congresswoman Jackie

Speier's *Certificate of Recognition* and former California Assemblyman Mark Leno's *Certificate of Recognition* all presented to Ken Wong for his outstanding leadership and dedication to community service.

12. Attached as Exhibit I are true and correct copies of numerous Certificates of Honors issued and authorized by the Board of Supervisors for the City and County of San Francisco from 2005 to 2018 honoring Ken Wong's continued volunteer efforts dedicated to the betterment and beautification of San Francisco as well as Certificates of Appreciation to Ken Wong by former San Franciso Police Chief Fred Lau.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration is executed this 24th day of November 2023, in San Francisco, California.

Dated:   November 24, 2023                    /s/ *Steven F. Gruel*
                                                              STEVEN F. GRUEL