# EXHIBIT A

LETTER TO THE HONORABLE WILLIAM H. ORRICK III

November 21, 2023

Dear Judge Orrick,

I am deeply ashamed to be before you for sentencing. I feel I have brought shamed to my wife, my children, my friends and to my fellow law enforcement collegues. For my entire adult life I have tried to help others succeed, improve my community and be a role model for my sons and friends.

For the past 20 years, I have been with a program that allowed parolees to assist in the clean up for the community once a month. From this program, I became acquainted with the Directors of Public Works, which later involved Mr. Nuru. I personally assisted over 1,000 parolees to obtain employment and housing.

I feel that I have failed and let everyone, including myself, down. I read the letters my friends have prepared for you and feel humiliated and feel that I have disappointed so many friends, family and colleagues. I am lucky to have a supporting family and true friends. I hope I can restore their faith in me.

I have no one to blame but myself. I made bad judgments and was involved in a bribe to help someone get a job at Mr. Nuru's agency. I got $10,000 for helping in this bribe to Mr. Nuru. I knew what I did was wrong and am sorry for my behavior.

I can not take back my actions with Mr. Nuru, but now can only strive to be a better person. A person who my family and friends once again view with admiration and favorably.

This process has changed my life. I sincerely hope that you believe that I have learned my lesson and will never be in front of any Judge like this again. I know you must punish me, but please know that in my heart and when I look in the disappointing eyes of those close to me, I have been deeply punished already.

Sincerely,

Ken H. Wong