# EXHIBIT B

August 8, 2023

The Honorable Judge William H. Orrick
San Francisco Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Reference: Mr. Ken H. Wong

Dear Judge Orrick:

I am writing to seek your kind consideration of the following information before the sentencing of retired California State Parole Agent Ken H. Wong. While Mr. Wong and I both have the same surname, we are not related in any way.

For nearly 25 years, I had served as a special agent of the Federal Bureau of Investigation (FBI), retiring in the Senior Executive Service (SES) rank in 2012. Between 1989 to 1998, I was assigned to the San Francisco Division of the FBI to investigate, and subsequently supervise, the investigation of domestic and international Asian organized criminal activities.

In the early 1990s, the San Francisco Bay Area faced an explosive growth in Asian organized criminal activities, fueled in part by the pending reversion of Hong Kong under Chinese Communist rule in 1997. Turf battles between U.S. and Hong Kong-based organized criminal groups ensued, resulting in multiple shootings and deaths. The FBI, in partnership with other federal, state, and local law enforcement agencies, led the effort to address this crime wave. Mr. Wong, a parole agent at the time and known for his expertise on Asian criminal sub-cultures, generously volunteered his support in several FBI investigations.

Between 1992 to 1998, the FBI successfully dismantled a number of violent domestic and international Asian organized criminal groups, such as the Wo Hop To triad (a Chinese criminal secret society originated in Hong Kong) that engaged in murder, drug and firearms trafficking, prostitution, extortion, and other serious crimes; and the John That Luong criminal organization that robbed and tortured computer chips distributors, drug trafficking, as well as committing other serious and violent criminal offenses. The success of the FBI in repelling this crime wave contributed to safer communities around the U.S, and Mr. Wong's invaluable assistance to the FBI cannot be understated. For his repeated assistance, the then-FBI Director Louis J. Freeh recognized Mr. Wong in March 1998 for his "outstanding assistance to the FBI in connection with its investigative efforts."

When I first learned about Mr. Wong's criminal conduct in late-April 2023, I was both shocked and disheartened. While I certainly do not condone or excuse his serious lapse in judgement, I also cannot disregard his past contributions to the FBI and the law enforcement profession in protecting our communities. My initial inclination was that Mr. Wong should pay for his crime

by serving a prison sentence. However, after comprehensive thoughts, I believe his incarceration would yield the least benefit for our community.

While Mr. Wong had indeed succumbed to the temptation of greed and knowingly violated the law, I am now convinced that he is remorseful for his corrupted actions based on his expression of apologies and regrets as well as his guilty plea and cooperation with the government. The lessons learned from this case make Mr. Wong an ideal speaker in schools and law enforcement training academies where he can share his painful experience of allowing personal greed and unethical temptations to severely cloud the judgement of a former distinguished parole agent, leading to the distortion of his moral compass, reputational damage, and potential penal consequences. By allowing Mr. Wong to repay his debt to society through community service that aims to educate and warn others from venturing into the realm of corruption and criminal conduct, rehabilitation may be achieved while he contributes to a possible reduction in future moral and ethical lapses by our students and law enforcement professionals.

Despite Mr. Wong's inexcusable actions, I believe he is a remorseful human being who truly regrets the pain he has caused to many people, including his own family. Therefore, I believe he is worthy of an opportunity to redeem and rehabilitate himself by helping others in our community.

I humbly offer the above-mentioned statements for Your Honor's consideration. Thank you for the opportunity of allowing me to convey my thoughts on this matter. I am confident that the Court will render a fair and just penalty for Mr. Wong.

Respectfully submitted,

*[signature]*

Kingman K. Wong, Ph.D.
Telephone: (703) 851-8901
Email: bureau101@yahoo.com

# U.S. Department of Justice
# Federal Bureau of Investigation

## *Parole Agent Ken Wong*

In recognition of your outstanding assistance to the FBI in connection with its investigative efforts.

Your cooperation was of immeasurable help to our representatives. I share their gratitude for your support, which assisted them in carrying out their responsibilities. You can take pride in the role you played in the success achieved, and my associates and I congratulate you on a job well done.

March 1998
Date

Louis J. Freeh
Director