# EXHIBIT C



To: Honorable William H. Orrick
450 Golden Gate Ave
San Francisco, CA

For the past three years, Ken Wong has been involved in community fundraising whereby his active participation in concerts have raised over $60,00.00 for UCSF Children Cancer Center. Additionally, $20,000.00 was raised for the Oakland Police Department's Community Policing Division.

Ken was one of the primary singers and held one of the director's positions of the Mona Louey Music Charity, a non-profit organization. In the various events, his travels have taken him to various cities, including travelling internationally to the Canadian cities of Calgary, Edmonton, and Vancouver. There are more events being that would require Ken's participation in order to make the events a success. Any and all considerations for leniency in Ken's cse would be greatly appreciated.

Sincere,

Mona P. P. Louey
Miss Hong Kong, 1973
President, Mona Louey Music Charities
408/987-1319

9-4-2023

1973 Hong Kong Mona Louey Music Charities
1217 Richard Pl, Hayward CA, 94541 USA

Mona P.P. Louey
President
(408) 987-1319
larrymeola@comcast.net





金漢龍廷大酒樓
Place: Dynasty Century Palace Rest.
Address: #206, 9700-105 Ave., Edmonton
1-780-428-3388
Edmonton 5月6日 May 6,2023
香港影視藝人
李影
Wesley Li
Ken Wong
華人愛心大行動
CHINESE LOVE BIG ACTION
美加港50年金曲慈善演唱會
為卡加利兒童醫院癌症中心巡迴慈善匯演
Aberta Children Hopistal Foundation
訂票聯絡:
Gigi Chin 1-403-473-3378
DJ Khin Chew : 1-403-605-6638
Sunny Yau (丘家承)1-780-604-4743
Jenny Sy (阿玲) 1-403-809-2648
超華情歌王子 Paul Ng 1-403-818-2212
李衛賢老師 1-403-803-1818
MC 司儀
香港影視藝人
日本仔
Organizer
主辦單位
丘家承
Gigi Chin
Live Band Music

**THE HONORABLE FIONA MA**
*California State Treasurer*

*Joins with the*

**American Asian Women Association**

*In Recognizing*

# Ken Wong

◆ *AAWA Spring Festival Charity Concert* ◆

On Behalf of the State of California, I Hereby Award this Certificate of Recognition for Outstanding Contributions to the Asian American Community by Fostering Diver[sity] through Awareness & the Building of Friendships, Enhancing Awareness of Asian Ch[arity?] Music, and Raising Funds for Local Charities. Thank You for Your Support of the [...] Hospital and Providing a Better Understanding of Asian Culture, Art, and Tradit[ion]

*Congratulations and Best Wishes for Continued Success.*

**Fiona Ma, CPA**
*California State Treasurer*
*Dated this 29th Day of January, 2023*






# Certificate of Appreciation

*is presented to*

加州金城大少 **Ken Wong**

is recognized for their generous contribution in support on the event of

Edmonton 5月6日 May 6, 2023

華人愛心大行動
CHINESE LOVE BIG ACTION

美加港50年金曲慈善演唱會
為愛民頓兒童醫院癌症中心巡迴慈善匯演
Stolley Children's Hospital Foundation
愛民頓兒童醫院癌症中心

演出地點
金漢龍廷大酒樓
Place: Dynasty Century Palace Rest.

音樂總監：楊光



# Certificate of Appreciation

*is presented to*

加州金城大少 **Ken Wong**

is recognized for their generous contribution in support on the event of

Calgary 5月5日 May 5, 2023

華人愛心大行動
CHINESE LOVE BIG ACTION

急卡加利兒童醫院癌症中心巡迴慈善匯演
Alberta Children's Hospital Foundation

美加港50年金曲慈善演唱會

演出地點
富麗宮海鮮大酒樓
Regency Palace Seafood Restaurant

卡加利兒童醫院癌症中心

音樂總監：楊光




# In Grateful Appreciation

to

## Mr. Ken Wong, Parole Agent II
### Department of Corrections and Rehabilitation
### State of California

For your generous support of
American Red Cross
Hurricane Katrina Relief Efforts

October 10, 2005

**Harold W. Brooks**
Chief Executive Officer





American Red Cross



# THE HONORABLE FIONA MA, CPA
## Treasurer of the State of California

*Recognizes*

# Ken Wong

*On The Occasion Of The*

## 2019 Annual Concert

*For Your Continued Support and Commitment to the Community.*
*Congratulations and Best Wishes on Future Success*

*Treasurer Fiona Ma, CPA* 加州財務長馬世云

*Dated this 15th Day of May, 2019*





**TOM LANTOS**
MEMBER OF CONGRESS
CALIFORNIA

*June 14, 2007*

# Certificate of Appreciation

*Presented to*

## Ken Wong

*For your excellence in volunteer service and fundraising for the American Red Cross - Youth for Chinese Elderly Program.*



# THE HONORABLE FIONA MA

*California State Board of Equalization Vice Chair*

Joins With

## 2018 金城四少演唱會

In Recognizing

# Ken Wong 黃健棠

♦ *Performer for Charity Concert* ♦

In Recognition of Outstanding Service &
Dedication to the Community.

Congratulations and Best Wishes for Continued Success.

*Fiona Ma, CPA*

California State Board of Equalization - Vice Chair

Dated this 29th Day of June, 2018





