EXHIBIT D

Letters of Support from Family and Friends of Ken Wong

| | Name | Relationship to Ken Wong |
|---|---|---|
| 1. | **Kingman Wong** EXHIBIT B | FBI Agent for 25 years; Senior Executive with the FBI; 1989 to 1998 assigned to Sam Francisco Asian Organized Crime Section; has known and worked with Ken Wong since early 1990's investigating Bay Area Organized Crime |
| 2. | **Mona P.P. Louey** EXHIBIT C | President of Music Charities Program in which Ken Wong volunteers time raising money for Children's Cancer Centers & Oakland PD Safety Program |
| 3. | **Fiona Ma** EXHIBIT D | California State Treasurer; letter submitted in support as a private citizen |
| 4. | **Kerry Wong** EXHIBIT D | Ken's wife of 35 years |
| 5. | **Raymond & Douglas** | Ken's sons (ages 27 & 17) |
| 6. | **Wayne Lee** EXHIBIT D | Former Mayor of Millbrae and friend |
| 7. | **Margaria Perez** EXHIBIT D | Retired Deputy Director of California State Parole, Ken's coworker and friend for over 25 years |
| 8. | **Brian Clay** EXHIBIT D | California Regional Parole Director; Ken's coworker and friend for over 30 years |
| 9. | **Richard Bonomi** EXHIBIT D | Ken's coworker and friend of over 40 years |
| 10 | **Andrew G. Wong** EXHIBIT D | Retired U.S. Postal Inspector; worked investigations together and friend for over 28 years |
| 11. | **Daniel P. Stone** EXHIBIT D | Retired Chief of California State Parole; has known and worked with Ken since 1987 |
| 12. | **Robert Ambroselli** EXHIBIT D | Retired Director of State Parole for California Department of Corrections; known and worked with Ken for many years |
| 13. | **LeRonnie L. Armstrong** EXHIBIT D | Former Oakland Chief of Police; 2/28/22 letter thanking for contributions to the Public Safety Program |
| 14. | **Larry Yee** EXHIBIT D | For Decades served as Chinatown Community Leader; retired San Francisco Police Commissioner; has known Ken Wong for over 30 years |
| 15. | **David & Tony Conti** EXHIBIT D | Brother-in-law and nephew writing about Ken after his sister's death |

*Fiona Ma, CPA*
*1032 Irving Street, #908*
*San Francisco, CA 94122*

September 21, 2023

Honorable Judge William Orrick III
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Ken Wong

Dear Judge Orrick:

I am submitting this letter to you as a private citizen.

I have known Ken for the past 20 years as a person who has volunteered at many grassroots community events, street festivals and neighborhood cleanups.

When he worked as a Parole Agent, I spent a day shadowing him at work to better understand what he and his colleagues do on a daily basis. I did a ride-along with him and witnessed his professionalism during his interactions with a number of parolees in the field and in the office. He knew each person by name and treated each one with dignity and respect. When he served as the Supervisor of the San Francisco Office at California Department of Corrections and Rehabilitation (CDCR), Ken and colleagues understood the special role they played in transitioning individuals back into mainstream society.

Since he retired in 2015, he has increased his community volunteerism. I have personally witnessed his participation at a number of events where he sings and performs at charitable music concerts that support hospitals, seniors, victims of natural disasters and other worthy causes.

Thank you for taking all of Ken's professional background as a dedicated public servant to the State of California and his long-term community service into consideration.

In peace and friendship,

Fiona Ma, CPA
California State Treasurer

To:   Honorable William H. Orrick

450 Golden Gate Ave

San Francisco, CA

Subject: Leniency, Ken H. Wong

I am writing this letter to hope for leniency with my husband's case. We have been married for the past 35 years and God willing for another 35 years. Should my husband be sentenced to any amount of time in prison, it would create undue hardship on the raising of our two sons and the two nephews of his younger sister who died prematurely form leukemia, notwistanding his aged parents who rely on his assistance to travel back and forth to attend their numerous medical appointments. I suffer from high blood pressure and heart issues that resulted in my taking a medical retirement from the post office. My husband will be sorely missed should he be sentenced to prison for his crimes, to which he has pled guilty.

Sincere,

Kerry Wong

415/608-8407

Raymond Wong
1526 Annie St
Daly City, CA, 94015

November 17, 2023

Federal Judge William Orrick III
450 Golden Gate Avenue
San Francisco, CA, 94102

United States v. Wong, 3:23-cr-00162. (N.D. Cal.)

Dear Honorable William H. Orrick III,,

My name is Raymond Wong and I am Ken Wong's eldest son. I would like to write this letter to offer another perspective of what kind of person Ken is. Ken is hard working, dedicated, and highly decorated when it comes to his career and taking care of the people around him. After immigrating here from China, he worked multiple jobs while going to high school and college. He was able to put me through 11 years of private school at Cornerstone Academy in San Francisco and college at San Francisco State University. We were able to gradually live comfortably due to Ken's hard work and moved several times for a better house and location.

Growing up, I remember doing community service with Ken several times such as cleaning up the streets in Chinatown, downtown, and other areas around San Francisco. Not only was Ken dedicated to his career but was also dedicated to helping the community. This taught me a lot as not everyone is willing to take a whole day out of their weekend to give back while working a full time job.

Ken is also very decisive and supportive of people he cares about and the things he believes in. He is always willing to offer help to those in need. I am not sure how many people he has helped during the course of his career but after more than 20 years of service, I am sure he has done a lot not only for the city of San Francisco but the state of California.

I would not be the same person today and have the life I have now if it weren't for Ken and my family. No matter what I did, Ken always had my back and was always there to support me.

I humbly ask that you show leniency towards him so that he can be there for his family. I assure you that this will be his first and last accusation and I respect the court's decision.

Thank you Honorable William H. Orrick for your time.

Sincerely,

Raymond Wong

September 17, 2023

Honorable Judge William Orrick III
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Orrick,

I am writing to provide information on the kind of person Ken H. Wong is.

As the younger son of Ken, I don't think there is anyone that knows him better than his family. Knowing him over my whole entire life, I have seen nothing but countless years of kind-heartedness, thoughtfulness, and support to me and others around him. Ken has always devoted his time and mind into helping the community.

Since I was born, Ken has always supported my thoughts on what I wanted to do as well as provided enjoyment for the things I've loved. He supported me in pursuing my enjoyment of being a basketball player and eventually a swimmer. He kept me happy by taking me to sport events as well as taking me out to eat. As I gradually grew from being a toddler to a kid, he provided me education and shelter in a safe environment. He has taken me to do community service to help clean up the streets of San Francisco. He was a great service to the community and spent countless hours trying to improve it. Ken had an occupation as a Parole Agent serving for the San Francisco Bay Area in which he worked hours to provide for our family in our essential needs. He always tried his best everyday to make him and his family happy and healthy.

During his occupation as a Parole Agent for over 20 years, he has assisted the community and San Francisco to make it a safe and clean environment. I would believe that everyone he assisted is very grateful for his work.

Ken has heavily influenced my life, our families lives, and everyone that he helped. He is always there for me to support even during the hardest time. He is a very important piece for our family to thrive so I would like to ask you to show leniency towards him so he can support his family.

He has shown remorse for his actions and promises that anything similar to this will never happen again.

Sincerely,
Douglas Wong

# Wayne J. Lee

PO Box 1571 • Millbrae • CA • 94030
650•307•5220
friends@wayneleemillbrae.com

September 19, 2023

Honorable Senior District Judge William Orrick III
San Francisco Courthouse
450 Golden Gate Ave
San Francisco, CA 94102

Re: Character Endorsement of Mr. Ken Wong

Dear Your Honorable Judge Orrick:

This letter is my witness of Mr. Ken Wong's character. It was surprising to hear about Mr. Wong's conviction of bribery. Someone can only surmise that he was taken advantage of by an unscrupulous person praying on his friendly nature and Mr. Wong's failure to recognize an unlawful act. Mr. Wong may be ignorant and, at worst, naïve, but in my experience with Mr. Wong, he lacks the maniacal nature of someone intent on knowingly performing an unlawful wrongdoing.

Mr. Wong has been a close and supportive friend for over a decade. Mr. Wong has donated money and time to many charities. He has supported many of my charitable causes without an ask or reciprocity. Having served his community for many years with honor, Mr. Wong has earned my trust and support.

I ask your Honor to consider his gentle, trusting nature and public service when considering Mr. Wong's sentencing.

Sincerely,

Wayne J. Lee
Former Mayor City of Millbrae
San Mateo County Community College District Board Trustee

July 25, 2023

The Honorable Judge William H. Orrick
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Orrick,

I am submitting this character reference letter on behalf of Ken H. Wong, whom I have known for over 25 years both personally and professionally. I am well aware of the seriousness of the consequences he is facing and as such, I kindly request that you take into consideration a variety of mitigating factors before passing sentence.

As the former Deputy Director of the state's parole system (California Department of Corrections and Rehabilitation (CDCR)), Chair of the former California Board of Prison Terms under Governor Schwarzenegger, Assistant Chief of the Los Angeles County Probation Department and as a retired military officer (Army), I consider myself to be an excellent judge of character. In this particular case, I had the pleasure of working with Ken when we were both employed with the state's parole system, and I am confident that the oversight in judgement that Ken displayed in this circumstance is just that – *an isolated incident and a mistake that is outside the norm of Ken's character.*

On the contrary, I have always known Ken to be a generous and compassionate human being whose work as a parole agent is highlighted by the selflessness he consistently displayed through his work with the community. For example, one of Ken's most notable contributions was the leadership role he took as Parole Agent in San Francisco by facilitating employment opportunities for one of the most disadvantaged and difficult to employ individuals in society today – former felons, to include the justice-involved population. On his days off from work, Ken took it upon himself to employ parolees to help clean up graffiti and pick up debris in the community, and to open doors of opportunity that would have otherwise been closed for this population, had it not been for his efforts. For his work, Ken was previously recognized by a number of individuals, to include former Governor Jerry Brown, the late Mayor Ed Lee, California State Treasurer Fiona Ma, former State Parole Director Daniel Stone and others.

Ken also received a number of awards while employed with CDCR, to include Parole Agent of the Year in 1995/96, three separate Distinguished Service Medal of Valors in 2004, 2008 and 2011, and an Award of Distinction in 2005 for his service to the community.

Additionally, you will note that other than the current legal consequences that Ken is facing, he has an otherwise impeccable record of community service. As such, it is with these mitigating factors in mind that I kindly ask for leniency.

Respectfully submitted,

Margarita E. Perez
(916) 605-6619

The Honorable Judge William H. Orrick

San Francisco Courthouse

450 Golden Gate Avenue

San Francisco CA 94102

September 16, 2023

Dear Judge Orrick,

I am writing this letter to provide a character reference for Ken Wong, whom I have known for over 30 years. I understand that Ken is appearing before your court, and I want to highlight the great person that he is.

Ken is a person of great character and integrity. He is someone who is always honest and trustworthy, and I have no doubt that he will always do the right thing, even when it is difficult. He is also someone who is incredibly hardworking and dedicated to his community and family.

I had the privilege of working with Ken at the California Department of Corrections and Rehabilitation (CDCR)- Division of Adult Parole Operations (DAPO), where I was the Regional Parole Administrative Chief and he was employed as a Parole Agent III. Ken was an outstanding leader who always went above and beyond to help others. He created numerous programs to help parolees reintegrate back into society, and his work had a significant impact on the community.

In addition to his professional accomplishments, Ken is a dedicated family man who loves his wife and children deeply. He is also someone who is deeply committed to his community and is always willing to lend a helping hand.

In conclusion, I believe that Ken is a person of great character and integrity who can be trusted to always do the right thing. He is a hardworking and dedicated individual who has made a significant impact in his community, and I have no doubt that he will continue to do so in the future.

Thank you for considering my letter of reference.

Respectfully submitted,

*Brian Clay*

Brian Clay

(707) 249-9790

To:   Honorable William H. Orrick

450 Golden Gate Ave

San Francisco, CA

Subject: Reference Letter

I have known Ken Wong for approximately forty years, since having supervised him as a Correctional Officer at San Quentin State Prison. In such Time, he was able to lateral to the position of Parole Agent from Correctional Officer. Ken started in Oakland, later transferring to San Francisco where he utilized his knowledge of the Asian gangs to assist the agencies of both Federal and State to further understand the extent the grip that these Criminal Enterprises had within the Community. I realize that Ken had made a huge mistake by involving himself with Mohammed Nuru, who is presently serving seven (7) year Federal sentence. This corruption was far reaching many levels of City Government and the Recology Garbage Company that had the City Contract for Refuse Collection, many of those charged in this corruption case acted in their official capacity of City Employment. This was not the case with Ken as he was not benefiting financially in the transaction involving a person seeking city employment. The catch phrases Pay to Play was how City Government operated at that time. The investigation is still ongoing.  It is my wish that leniency be shown to Ken as he was both forthcoming and honest in the citywide investigation.

Respectfully Submitted,

Richard Bonomi

415/290-7057

October 01, 2023

Senior District Judge William H. Orrick
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Character Reference for KEN HONG WONG

Dear Judge Orrick,

I am writing to offer my character reference for Ken Wong, whom I have had the privilege of
knowing for over 28 years.  During my tenure as a Postal Inspector with the U.S. Postal
Inspection Service, I had the opportunity to work closely with Ken in various capacities. Ken was
a dedicated and principled parole agent serving the community in the San Francisco Bay Area.

Throughout our professional relationship, I witnessed Ken's unwavering commitment to uphold
the law and dedication to his duties.  He always approached his role with honesty and integrity.
In the cases that we worked together, Ken interacted with individuals with fairness, empathy,
and a genuine desire to help those who sought to turn their lives around.

Ken's character is defined by his kindness and consistent willingness to assist those in need.  His
compassionate nature and dedication to community improvement are qualities that I have
always admired and had the privilege of witnessing over the years.  Ken's track record of
community service speaks volumes about his commitment to making a positive impact.

I understand that Ken is currently facing sentencing in November related to a regrettable
incident in which he has pled guilty. I firmly believe that Ken's prior dedication to law
enforcement, his exceptional community service record, and his taking full responsibility for his
wrongdoing,  should be considered during his sentencing.  I strongly believe that Ken would be
better suited to serve his sentence through probation and community service rather than
incarceration.

I wholeheartedly support Ken Wong as a person of integrity, compassion, and dedication. I
believe that he has learned from his transgression, and he has every potential to continue
contributing positively to society.

Please feel free to contact me at (415) 272-8668 if I can provide any additional information.

Sincerely,

Andrew G. Wong
Retired U.S. Postal Inspector

July 25, 2023

The Honorable Judge William H. Orrick
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Orrick;

I am submitting this letter of reference on behalf of retired State Parole Agent Ken H. Wong. I am familiar with the legal consequences Ken is facing and would ask that you take into consideration the totality of his life-long personal and professional history before passing sentence.

I first met Ken in approximately 1987 and continued working closely with him until my 2015 retirement as the Chief of State Parole, California Department of Corrections and Rehabilitation (CDCR). As the head of Parole, one of my primary responsibilities was public safety through the long-term and successful reintegration of parolees into the community. Although we offered many services to assist parolees transition upon their release from prison, employment was a significant barrier given that many employers were (are) reluctant to hire former felons. Fortunately, through Ken's efforts many parolees in the San Francisco Bay area not only reaped the benefit of employment, but through his close collaboration with employers and other local officials some were also provided long-term continued employment opportunities.

In 2015, shortly before my retirement, Ken was recognized by the San Francisco Board of Supervisors for his participation with the Public Works Community Clean Team, and in particular, his efforts to recruit parolees to work on projects to beautify San Francisco throughout the year. This included weeding, painting, removal of debris, and graffiti removal. Through this work, parolees were taught the value of their contributions to the community, and oftentimes provided opportunities for continued engagement with the community. It is significant to note that Ken has been involved in this type of work as a volunteer and on his own time for over 25 years.

Ken immigrated to this country from China in 1980. He has been in a committed relationship with his wife of over 30 years and is a proud father of two adult sons. In 2008, he received one of the highest honors from the CDCR - the Medal of Valor for bravery. Ken also meritoriously served the residents of California as a peace officer for approximately 30 years and honorably retired in 2015.

With respect to his current circumstances, I feel this is an isolated error in judgement and something that will unlikely occur in the future given Ken's lifelong history of being a law-abiding citizen and providing community service to the residents of San Francisco and the State of California.

Thank you for taking this letter of reference into consideration.

Respectfully submitted,

Daniel P. Stone
(916) 496-5636

Honorable William Orrick III
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Orrick,

I'm writing a letter of support for Ken Wong who is scheduled for sentencing in your court soon. During my tenure as the Director of State Parole for the California Department of Corrections I worked with Ken for many years and had the opportunity to see the impact he made in the San Francisco community over the course of his career with the California Department of Corrections Division of Adult Parole Operations. Ken was a dedicated employee who took pride in his community and serving it as a citizen and a Supervising Parole Agent. I attended many functions where Ken worked to coordinating every facet of the event making sure the community felt welcomed and included.

I had a conversation with Ken recently and he admitted to making a mistake that he deeply regretted. He felt personal embarrassment and accountability for something he felt tarnished his years of good community service and public safety. I reminded him that everyone makes mistakes and what's most important is a recognition of that mistake and an honest intent to make sure those transgressions don't get repeated. Ken served his department and the community with hard work and a sense of community pride and duty to service that is rare.

I hope you see that his mistake is one that he wishes he could reverse if he could and consider leniency in his sentencing. Ken would best serve his punishment in the community working to payback his debt to society with community service through probation rather than incarceration where there is no opportunity to return something to his community.

Thank you for your consideration,

Robert Ambroselli

CITY OF OAKLAND 

POLICE ADMINISTRATION BUILDING  •  455 - 7TH STREET  •  OAKLAND, CALIFORNIA 94607-3913  Telephone Device for the Deaf (510) 238-3227

Police Department

28 February 2022

Mr. Ken Wong,

On behalf of the women and men of the Oakland Police Department, thank you for your heart felt and important contribution. Your generosity will translate directly into tremendous positive results with regard to public safety and officer safety. Moreover, the activation of the Unmanned Aerial Vehicles (UAV) program within the Department will play a pivotal role in our crime reduction efforts. Our UAV program at the Oakland Police Department is a burgeoning program that will help bring the Department into the next evolution of law enforcement, increasing positive outcomes. UAVs are an immensely effective tool for de-escalation.

Public safety is a community responsibility, and your selfless donation is an investment in the future of the Oakland Police Department and the City of Oakland.



LeRonne L. Armstrong
Chief of Police
Oakland Police Department

**LARRY YEE**
550 29th Avenue
San Francisco, CA 94121

November 11, 2023

Federal Judge William Orrick III
450 Golden Gate Avenue
San Francisco, CA 94102

Re: United States v. Wong, 3:23-cr-00162. (N.D. Cal.)

Dear Honorable William H. Orrick III.

My name is Larry Yee. I am a community leader who has served San Francisco
Chinatown for decades through my involvement with the Chinese Consolidated
Benevolent Association and other family associations. I am now writing this letter as a
private citizen in support of Ken H. Wong.

I have known Ken for over a decade. I have found him to be a compassionate, giving
person who is always volunteering and serving others in Chinatown. From events for
Self-Help for the Elderly to Chinese Hospital to other community celebrations, Ken is
there with a big heart and an open hand. His music has touched many in our
community.

I understand that Ken should face consequences for his actions. He has made mistakes
and he is remorseful for what he has done. But I know from speaking to him firsthand
that he is eager to make amends for his mistakes. I am humbly asking that you show
leniency towards him and that you keep him within our community. We are facing
challenging times ahead and we need people like Ken who serve Chinatown.

Thank you again Honorable William H. Orrick III for your time and consideration.

Sincerely,

Larry Yee

David Conti
125 Nursery Way
South San Francisco, CA 94080

Federal Judge William Orrick III
450 Golden Gate Avenue
San Francisco, CA 94102

Re: United States v. Wong, 3:23-CR-00162, (N.D. Cal.)

Dear Honorable Judge William H. Orik III,

My name is David Conti. I am a citizen of South San Francisco and am writing this character letter on behalf of my brother-in-law Ken Hong Wong. I have known Ken for over 20 years through being married to his late sister Karen Conti (Oy Yin Wong). Over the years there were many family gatherings for holidays, weddings, graduations you name it. The family is very close, thoughtful, and giving.  Unfortunately, Karen passed away in 2015 due to cancer.  Even though Karen passed away, we have kept in touch over the years to ensure the family grows together.  Ken is a very friendly helpful family man.  He loves to spend time with his sons and nephews.  They go places and do things together.  He shares family dinners and there are many family gatherings where everyone is welcome.

Ken always makes time to help people as you have most certainly heard from all of his volunteer activities over many years.  He has clearly made a judgement error which I am shocked to find out but in the end he is standing up to accept his punishment for his wrong doing.

It is my humble request that you consider showing Ken leniency when you decide the appropriate sentence.  He has demonstrated better decision making by cooperating and providing the truth to the authorities regarding his involvement in this situation.

Thank you, your Honor, for taking the time to read this letter.

Sincerely,

David Conti (Nov 17, 2023 16:25 PST) Nov 17, 2023
David Conti

Anthony Conti
125 Nursery Way
South San Francisco, CA 94080

Federal Judge William Orrick III
450 Golden Gate Avenue
San Francisco, CA 94102

Re: United States v. Wong, 3:23-CR-00162. (N.D. Cal.)

Dear Honorable Judge William H. Orik III,

My name is Anthony Conti. I am a citizen of South San Francisco and am writing this letter on behalf of my uncle Ken Hong Wong who I refer to as Mung Mung. I have known Mung Mung my entire life. He has always been my favorite uncle. He is and always has been very caring, giving and he is always there for my brother Joseph and myself. We often spend time together playing basketball, going shopping, eating together, and other fun activities.

My uncle has clearly made a mistake and should not have done what he has done. I am very surprised that this has happened and that this mistake was made by him. I am glad to see that he is being honest during the investigation as he has always taught us to tell the truth even if it is hard. I am very hopeful that when you consider his sentencing they you will spare him jail time as this will take away the time that we have together. I truly believe that he has learned from his mistake and will never do something like this in the future.

Thank you, your Honor, for taking the time to read this letter.

Sincerely,

Anthony Conti (Nov 17, 2023 21:46 PST)

Anthony Conti