# EXHIBIT E






Case 3:23-cr-00162-WHO Document 20-6 Filed 11/24/23 Page 4 of 8




American Police Hall of Fame

Merit Award for Excellent Arrest

Is Hereby Presented to

Ken Wong

in recognition of the apprehension and arrest of a criminal whose acts were a danger to the public welfare. This officer's display of courage, dedication to duty and general ability removed from the community a potential threat to the safety and well being of every citizen.

Issued this 30th day of October, 2001 at National headquarters.

Donna Shepherd
Director






