# EXHIBIT F




# CERTIFICATE OF RECOGNITION

**DISTRICT ATTORNEY KAMALA D. HARRIS**
CITY AND COUNTY OF SAN FRANCISCO

**PRESENTED TO**

## KEN WONG

**IN HONOR AND RECOGNITION OF YOUR COMMITMENT TO THE DIVISION OF ADULT PAROLE OPERATIONS**

Signed on the 28th day of March 2006

_____
KAMALA D. HARRIS, DISTRICT ATTORNEY
CITY AND COUNTY OF SAN FRANCISCO





# CITY OF OAKLAND

POLICE ADMINISTRATION BUILDING • 455 - 7TH STREET • OAKLAND, CALIFORNIA 94607-3985
Telephone Device for the Deaf (510) 238-3227

*Police Department*

28 February 2022

Mr. Ken Wong,

On behalf of the women and men of the Oakland Police Department, thank you for your heart felt and important contribution. Your generosity will translate directly into tremendous positive results with regard to public safety and officer safety. Moreover, the activation of the Unmanned Aerial Vehicles (UAV) program within the Department will play a pivotal role in our crime reduction efforts. Our UAV program at the Oakland Police Department is a burgeoning program that will help bring the Department into the next evolution of law enforcement, increasing positive outcomes. UAVs are an immensely effective tool for de-escalation.

Public safety is a community responsibility, and your selfless donation is an investment in the future of the Oakland Police Department and the City of Oakland.

*LeRonne L. Armstrong*
Chief of Police
Oakland Police Department



# PAROLE AGENT OF THE YEAR

## KEN WONG

*For Exemplary Work In And With The Community*
*Balancing Service And Control*

1995 – 96

 

# CHIEF OF POLICE COMMENDATION

Issued to

## KEN WONG

### Parole Agent II, California Department of Corrections

*In appreciation for your commitment, and generous sharing of your talents, that symbolizes the true meaning of "San Francisco's finest."*
*On behalf of the entire Department, we wish to extend our sincere and profound gratitude for the time, effort, professionalism and exemplary performance that you have put forth.*

> The quality of a person's life is in direct proportion to their commitment to excellence, regardless of their chosen field of endeavor.
>
> --Vince Lombardi

AWARDED ON THE 7TH DAY OF JUNE 2002.

_____
FRED H. LAU
Chief of Police

