# EXHIBIT G





*The City and County of San Francisco*

# Certificate of Honor

*Presented To*

## KEN WONG

**MAY 24, 2013**

***WHEREAS***, on behalf of the City and County of San Francisco, I am pleased to recognize and honor Ken Wong of the California Department of Corrections and Rehabilitation, Division of Adult Parole Operations. Your outstanding service for the San Francisco Police Department and Department of Public Works has been a significant contribution to the vitality of our City. Thank you for you commendable work organizing a parolee cleanup program, which has beautified our great City. Best of luck in all your future endeavors.



***THEREFORE,*** *I have hereunto set my hand and caused the Seal of the City and County of San Francisco to be affixed.*

*Edwin M. Lee*
*Mayor*




*The City and County of San Francisco*

# Certificate of Honor

*Presented To*

## KEN WONG

**MAY 4, 2011**

***WHEREAS***, on behalf of the City and County of San Francisco, I am pleased to recognize and honor Ken Wong, Parole Agent III, Unit Supervisor and Building Manager for the San Francisco Parole Office. I commend you for your tremendous efforts toward enhancing public safety through safe and secure incarceration of offenders, effective parole supervision and rehabilitative strategies to successfully reintegrate offenders into our communities. Your hard work and dedication is a significant contribution to the vitality of our City. Congratulations and best of luck in all your future endeavors!




***THEREFORE,*** *I have hereunto set my hand and caused the Seal of the City and County of San Francisco to be affixed.*

*Edwin M. Lee*
*Mayor*




*The City and County of San Francisco*

# Certificate of Honor

*Presented To*

## PAROLE AGENT III SUPERVISOR KEN WONG

**MAY 16, 2011**

***WHEREAS***, on behalf of the City and County of San Francisco, I am pleased to recognize and honor Parole Agent III – Supervisor Ken Wong of the State Department of Corrections for his leadership and dedication toward inspiring many youth and adults' civic engagement and volunteerism. Your tireless efforts motivating San Franciscans to help clean and green our City's streets, parks, school grounds and neighborhoods are truly commendable. Congratulations on receiving the Medal of Valor Award from the California Department of Corrections, and best of luck in all your future endeavors!




***THEREFORE,*** *I have hereunto set my hand and caused the Seal of the City and County of San Francisco to be affixed.*

*Edwin M. Lee*
*Mayor*




*The City and County of San Francisco*

# Certificate of Honor

*Presented To*

## Ken Wong

**August 18, 2007**

***Whereas***, on behalf of the City and County of San Francisco, I am proud to recognize and honor Ken Wong of the California Department of Corrections and Rehabilitation for his contributions to the District 3 Community Clean Team Event. Your charitable efforts and volunteer spirit are an inspiration to all San Franciscans. Thank you and best wishes in your future endeavors!



***THEREFORE**, I have hereunto set my hand and caused the Seal of the City and County of San Francisco to be affixed.*

*Gavin Newsom*
*Mayor*




*The City and County of San Francisco*

# *Certificate of Honor*

*Presented To*

## Ken Wong

**August 6, 2005**

***Whereas,*** on behalf of the City and County of San Francisco, I am pleased to honor Parole Agent II Ken Wong of the Department of Corrections for his dedication and hard work in encouraging parolees to volunteer in Community cleanups and mobilizing individuals to participate in Clean Team events. Wong's commitment to community involvement and keeping San Francisco clean, green and beautiful is very much appreciated. Congratulations!




***THEREFORE,*** *I have hereunto set my hand and caused the Seal of the City and County of San Francisco to be affixed.*

*Gavin Newsom*
*Mayor*




*The City and County of San Francisco*

# Certificate of Appreciation

*Presented To*

## KEN WONG
## JUNE 1, 2001

***WHEREAS,*** on behalf of the City and County of San Francisco, I am pleased to recognize Agent Ken Wong of the California Parole and Community Services Division for his tireless efforts and commitment to the beautification of San Francisco. Keep up the good work!




**THEREFORE,** *I have hereunto set my hand and caused the Seal of the City and County of San Francisco to be affixed.*

*Willie Lewis Brown, Jr.*
*Mayor*