EXHIBIT H

# Certificate of Recognition

## Presented to

## Ken Wong

*For your consistent support and tremendous assistance to the American Red Cross Youth for Chinese Elderly Program. Your overwhelming contributions to the program and steadfast commitment to civic duty is truly inspirational, and should be a level that all others strive for. Thank you for enhancing the development of immigrant youth in becoming future leaders of our community.*

**Congresswoman Jackie Speier**
*U.S. House of Representatives*

June 9, 2011
*Date*

# Certificate of Special
# Congressional Recognition

*Presented to*

## Parole Agent Ken Wong
## 2006 SAFE Honoree

*in recognition of outstanding and invaluable service to the community.*

April 27, 2006 — DATE

_____ MEMBER OF CONGRESS



CALIFORNIA LEGISLATURE

# Assembly

## CERTIFICATE OF RECOGNITION

### Agent Ken Wong
*Parole Agent Citywide*

Congratulations on the occasion of San Francisco SAFE's 30th Anniversary Fundraiser and Awards Dinner! I commend you on being honored for your essential contributions to crime prevention and public safety. Your outstanding leadership and dedication make San Francisco a safer place to live, work, and play. Congratulations and thank you for all you do!

*[signature]*
MARK LENO
Assemblyman, 13th District
April 27, 2006