# EXHIBIT I



# Certificate of Honor

## BOARD OF SUPERVISORS
### City and County of San Francisco

The Board of Supervisors of the City and County of San Francisco hereby issues, and authorizes the execution of, this Certificate of Honor in appreciating public recognition of distinction and merit for outstanding service to a significant portion of the people of the City and County of San Francisco by:

### Mr. Ken Wong
### Parole Agent III-Supervisor

In honor and appreciation for your outstanding work as a Community Clean Team Volunteer with the San Francisco Department of Public Works and your dedication and commitment to the beautification of San Francisco.

The City and County of San Francisco Board of Supervisors hereby extends their highest commendations and sends their best wishes to you on this special day.

SUPERVISOR MALIA COHEN
September 13, 2012



# Certificate of Honor

## BOARD OF SUPERVISORS
### City and County of San Francisco

*The Board of Supervisors of the City and County of San Francisco hereby issues, and authorizes the execution of, this Certificate of Honor in appreciative public recognition of distinction and merit for outstanding service to a significant portion of the people of the City and County of San Francisco by:*

### Ken Wong

In gratitude for your contributions to the Parolee Clean-Up Program; your public work and rehabilitative efforts are commendable. You have been instrumental in beautifying our neighborhoods and improving the quality of life for our residents, in addition to serving as fine example to the parolees who participate. The citizens of the City & County of San Francisco and the Board of Supervisors greatly appreciate your dedication to your community.

Supervisor Sean R. Elsbernd
Member, San Francisco Board of Supervisors
September 20, 2008

# Certificate of Honor

## BOARD OF SUPERVISORS
### City and County of San Francisco

The Board of Supervisors of the City and County of San Francisco hereby issues, and authorizes the execution of, this Certificate of Honor in appreciative public recognition of distinction and merit for outstanding service to a significant portion of the people of the City and County of San Francisco by:

### Mr. Ken Wong

In recognition of your outstanding service as a Community Clean Team Volunteer with the San Francisco Department of Public Works, the Board of Supervisors of the City & County of San Francisco extends its highest commendation.

*David Chiu*

Supervisor David Chiu, President
November 25, 2014



# Certificate of Honor

## BOARD OF SUPERVISORS
### City and County of San Francisco

The Board of Supervisors of the City and County of San Francisco hereby issues, and authorizes the execution of, this Certificate of Honor in appreciative public recognition of distinction and merit for outstanding service to a significant portion of the people of the City and County of San Francisco by:

### KEN WONG

The Board of Supervisors of the City & County of San Francisco extends to you its highest commendation for your 金城四少 performance that promotes Chinese culture, raises awareness on domestic violence issues, and will raise money for important causes. Thank you for all of your work in the Asian and Pacific Islander community, and we wish you the best of luck on your performance.

Supervisor Katy Tang
湯凱蒂市參事

San Francisco Board of Supervisors
June 29, 2018



# Proclamation

City and County of San Francisco

**Whereas,** San Francisco recognizes the mission of California Department of Corrections and Rehabilitation is to enhance public safety through safe and secure incarceration of offenders, effective parole supervision, and rehabilitative strategies to reintegrate offender into communities; and

**Whereas,** the California Department of Corrections and Rehabilitation endeavors to protect the public from crime and victimization; and

**Whereas,** the California Department of Correction Rehabilitation's Division of Adult Parole Operation (DAPO) protects our community by empowering parole agents to be an active part of each community's safety plans; by providing resources and services to offer the opportunity for change; and

**Whereas,** DAPO recently launched the "Five –Year Roadmap to Our Future" program to reduce recidivism through effective offender supervision strategies, and promoting a paradigm shift where staff embrace emerging correctional practices that can facilitate long-term behavior change within the offender population; and

**Whereas,** San Francisco honors **Kenneth Wong** for your distinguished service leading to your position as Parole Agent III, Unit Supervisor and Building Manager of the main San Francisco office, to your exceptional commitment to crime prevention and community service, such as the Sunset Graffiti Clean-Up program, for your professional embodiment of the CDCR's values of accountability, collaboration, integrity, leadership, respect, service and trusts

**Therefore be it Resolved that** I, Ross Mirkarimi, Supervisor in the City and County of San Francisco, recognizes your dedication and commitment to providing services to the people of San Francisco, the Board of Supervisors extends its heartfelt appreciation and highest commendation.

SUPERVISOR ROSS MIRKARIMI
May 17, 2011



# S.F.P.D.

## Certificate of Appreciation

to

*Parole Agent Ken Wong*

For your outstanding contributions, participation, and efforts in making the F.R.E.T. Program a success. Your dedication will serve as a standard of excellence for all law enforcement personnel. Your efforts in improving the quality of life for the citizens of San Francisco are deeply appreciated.

FRED H. LAU
Chief of Police

# Certificate of Recognition

San Francisco SAFE, Inc. gratefully acknowledges

## Ken Wong
### Parole Agent

for outstanding contributions in crime prevention education, community organizing and public safety.

Your commitment serves as an inspiration to others working towards improving the quality of life in San Francisco.

**SAFE Community Award**

April 27, 2006



*Lisa Sandro*
Executive Director

*Signature*
Board President

# Certificate of Honor

## BOARD OF SUPERVISORS
### City and County of San Francisco

*The Board of Supervisors of the City and County of San Francisco hereby issues, and authorizes the execution of, this Certificate of Honor in appreciative public recognition of distinction and merit for outstanding service to a significant portion of the people of the City and County of San Francisco by:*

## Ken Wong

In recognition of your hard work cleaning at A. P. Giannini Middle School and your commitment to making the neighborhood safe and enjoyable for everyone.

The Board of Supervisors of the City and County of San Francisco extends its highest commendation.

Supervisor Fiona Ma
December 9, 2005